968

ing that rulings and decisions of this Court made in Witt v. Topliff, 151 F.2d 1023 (dismissed November 13, 1945, on motion of appellee), shall likewise be made herein with same force and effect, etc.

**Ross WITT, Appellant, v. Dorothy May TOPLIFF.**

No. 13156.

Circuit Court of Appeals, Eighth Circuit.
Dec. 3, 1945.

Sam Mandell and Cowgill & Popham, all of Kansas City, Mo., for appellant.

Trusty & Pugh, of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed without costs in favor of either of the parties in this Court, in pursuance of stipulation filed in District Court and made part of transcript of record on appeal providing that rulings and decisions of this Court made in Witt v. Topliff, 151 F.2d 1023 (dismissed November 13, 1945, on motion of appellee), shall likewise be made herein with same force and effect, etc.

**Ross WITT, Appellant, v. Everett A. TOPLIFF.**

No. 13157.

Circuit Court of Appeals, Eighth Circuit.
Dec. 3, 1945.

Sam Mandell and Cowgill & Popham, all of Kansas City, Mo., for appellant.

Trusty & Pugh, of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed without costs in favor of either of the parties in this Court, in pursuance of stipulation filed in District Court and made part of transcript of record on appeal providing that rulings and decisions of this Court made in Witt v. Topliff, 151 F.2d 1023 (dismissed November 13, 1945, on motion of appellee), shall likewise be made herein with same force and effect, etc.

**Ross WITT, Appellant, v. Marvin Roy TOPLIFF, by His Father and Natural Guardian, Robert H. Topliff.**

No. 13158.

Circuit Court of Appeals, Eighth Circuit.
Dec. 3, 1945.

Sam Mandell and Cowgill & Popham, all of Kansas City, Mo., for appellant.

Trusty & Pugh, of Kansas City, Mo., for appellee.

PER CURIAM.

Appeal from District Court dismissed without costs in favor of either of the parties in this Court, in pursuance of stipulation filed in District Court and made part of transcript of record on appeal providing that rulings and decisions of this Court made in Witt v. Topliff, 151 F.2d 1023 (dismissed November 13, 1945, on motion of appellee), shall likewise be made herein with same force and effect, etc.